MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEPHEN P. SCHNEIDER,           )
                                )
       Plaintiff,               )
                                )   No. 2:11-cv-01038-PMP-CWH
vs.                             )
                                )
CLEAR WIRELESS LLC,             )
                                )
       Defendant.               )
                                )

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above complaint and counterclaim each be dismissed with prejudice as to both parties, each party to bear their costs and attorney's fees.

DATED: September 22, 2011.

MITCHELL D. GLINER, ESQ.                      LIONEL SAWYER & COLLINS

_____                     _____
MITCHELL D. GLINER, ESQ.                      MARLA J. DAVEE, ESQ.
Nevada Bar #003419                            Nevada Bar #11098
3017 W. Charleston Blvd., #95                 300 S. Fourth St., #1700
Las Vegas, Nevada 89102                       Las Vegas, NV 89101
Attorney for Plaintiff                        Attorneys for Defendant

IT IS SO ORDERED this __14th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE